IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARY WICKENKAMP,

        Plaintiff,

        v.

DAVID BAUM, et al.,

        Defendants.

No. 2:15-cv-00483-PK

ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge Paul Papak issued a Findings & Recommendation [31] on July 24, 2015, recommending that Defendants' motion to dismiss [12] should be granted and Plaintiff's claims against Defendants should be dismissed with prejudice. Plaintiff has timely filed objections [33] to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When a party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiff's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [31], and therefore, Defendants' motion to dismiss [12] is granted, and Plaintiff's claims are dismissed with prejudice.

IT IS SO ORDERED.

DATED this 22 day of September, 2015.

_____
MARCO A. HERNÁNDEZ
United States District Judge